# Exhibit A



# Service of Process Transmittal
06/05/2017
CT Log Number 531346965

| | |
|---|---|
| **TO:** | David Green, EVP & General Counsel<br>Global Payments Inc.<br>10 Glenlake Pkwy, North Tower<br>Atlanta, GA 30328-3495 |
| **RE:** | Process Served in California |
| **FOR:** | Heartland Payment Solutions, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOSEPHINE E. BACCAY. on behalf of herself all others similarly situated, Pltf. vs. HEARTLAND PAYMENT SYSTEMS, LLC, etc., et al., Dfts. // To: Heartland Payment Solutions, Inc., etc. |
| **DOCUMENT(S) SERVED:** | Summons, Instructions, Complaint, Cover Sheet, Instructions |
| **COURT/AGENCY:** | Sacramento County - Superior Court - Sacramento, CA<br>Case # 34201700212866 |
| **NATURE OF ACTION:** | Violations of the Fair Credit Reporting Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/05/2017 at 13:00 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Shaun Setareh<br>SETAREH LAW GROUP<br>9454 Wilshire Boulevard, Suite 907<br>Beverly Hills, CA 90212<br>310-888-7771 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1Z0399EX0134864942<br><br>Image SOP<br><br>Email Notification,  David Green  david.green@globalpay.com<br><br>Email Notification,  Nancy Lloyd  nancy.lloyd@globalpay.com<br><br>Email Notification,  Pauline Boyle  Pauline.boyle@e-hps.com<br><br>Email Notification,  Leslie Luck  leslie.luck@globalpay.com<br><br>Email Notification,  Anthony Giardino  Anthony.Giardino@globalpay.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.