UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE E. BACCAY,<br><br>        Plaintiff,<br><br>   v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC, and HEARTLAND PAYMENT SOLUTIONS, INC.,<br><br>        Defendants. | No. 2:17-cv-01356-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |

    Plaintiff Josephine E. Baccay sues Defendants Heartland Payment Systems, LLC and Heartland Payment Solutions, Inc. for allegedly violating the federal Fair Credit Report Act and its California state-law equivalents. Compl., ECF No. 1-3. But the parties executed a Sales Employee Agreement, which contained a forum-selection clause designating the U.S. District Court for the District of New Jersey as the exclusive forum for this suit. See Parrish Decl., ECF No. 5-1, Ex. E ¶ 17. Citing this clause, Defendants now move under 28 U.S.C. § 1404(a) to transfer venue. Mot. & Mem., ECF No. 5. "When parties have agreed to a valid forum-selection clause, a district court should ordinarily

1

transfer the case to the forum specified in that clause." <u>Atl. Marine Constr. Co. v. United States Dist. Court for the W. Dist. of Tex.</u>, 134 S. Ct. 568, 581 (2013). This is particularly true where, as here, the § 1404(a) motion is unopposed. Pl.'s Statement of Non-Opposition, ECF No. 12. The Court therefore GRANTS Defendants' motion to transfer venue. This case will proceed in the U.S. District Court for the District of New Jersey.[1]

IT IS SO ORDERED.

Dated: September 29, 2017

*signature*
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for October 3, 2017.