

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

WILLIAM T. WALSH
CLERK

January 28, 2019

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Deputy Clerk of Superior Court of California,
Sacramento
720 9th Street
Sacramento, CA 95814

Re: <u>BACCAY v. HEARTLAND PAYMENT SYSTEMS, LLC et al</u>
3:17-cv-7779 (FLW)

Dear Clerk of the Court:

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court, along with a certified copy of the docket sheet.

Very truly yours,
WILLIAM T. WALSH, CLERK

<u>s/Michael Seiler</u>,
Deputy Clerk

Encl.

cc: file
All Counsel